IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JACOB MORGAN,

        Defendant.

4:16CR3055

ORDER

IT IS ORDERED:

1) The defendant's unopposed motion to modify conditions of release, (Filing No. 36) is granted.

2) The Court's prior order, (Filing No. 33) is modified as follows: Upon defendant's release graduation from treatment at The Bridge on October 7, 2016, the defendant is permitted to transition to reside at CH, Inc. in Omaha, Nebraska. The defendant shall fully comply with the requirements and all rules of the CH, Inc. facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The defendant shall comply with all other terms and conditions of his pretrial release.

October 6, 2016.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge