IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB MORGAN,<br><br>    Defendant. | 4:16CR3055<br><br>**ORDER** |

  Defendant has moved for a temporary release to spend Thanksgiving with his brother in Hastings, Nebraska. Defendant is currently residing at CH, which allows a 4-hour pass to spend time with family, including eating at a local restaurant.

  In late-August 2016, without the consent of pretrial services, Defendant changed his residence to his brother's home in Hastings, Nebraska.  During that same time frame, he stopped taking his prescribed mental health medicatons, used methamphetamine, left his job, and stopped attending appointments with his counselor.  Defendant was also ordered to complete a 32-week domestic violence course.  (Filing No. 23).

  Under the circumstances presented, the court finds that Defendant needs an environment where he is consistently subject to supervision and held accountable. Allowing Defendant to return to Hastings, Nebraska for Thanksgiving poses a risk of Defendant reverting to the harmful conduct he exhibited in August, and poses a substantial risk of flight.

  Accordingly,

  IT IS ORDERED that Defendant's motion for temporary release, (Filing No. 44), is denied.

November 22, 2016

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge