IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB MORGAN,<br><br>    Defendant. | 4:16CR3055<br><br>ORDER |

  Defendant was unable to enter NOVA on April 20, 2022, and there is no longer a bed available.

  Accordingly,

1)  The court's order granting release to NOVA, (Filing No. 85), is rescinded.

2)  Upon release from state custody, Defendant shall enter federal custody. If the defendant has already been released, he shall promptly report to the supervising officer or to any law enforcement officer.

3)  The United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before this court.

  Dated this 28th day of April, 2022.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge